No. 79–6794. COLEMAN *v.* SENTENCE REVIEW DIVISION OF SUPREME COURT OF MONTANA. Sup. Ct. Mont. Stay of execution of sentence of death heretofore granted by JUSTICE MARSHALL on August 27, 1980, vacated. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–97. BURNS *v.* SULLIVAN ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari limited to Question 2 presented by the petition.

No. 80–5053. QUINONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE STEWART would grant certiorari.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–5110. ROSEE *v.* BOARD OF TRADE OF CITY OF CHICAGO ET AL. C. A. 7th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 79–1600. BOMBARDIER LTD. ET AL. *v.* ENGINE SPECIALTIES, INC., 446 U. S. 983. Petition for rehearing denied.